UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH
and PATRICIA THOMPSON,

    Plaintiffs,

     v.                                       Case No. 2:24-CV-10003
                                                  HON. BRANDY R. MCMILLION

PUBLIC INTEGRITY UNIT, et. al.

    Defendants,
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Opinion and Order entered on August 12, 2024 (ECF No. 7).

**IT IS ORDERED** that Plaintiffs are **DENIED** *in forma pauperis* status and the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g). Plaintiffs may refile their complaint but only if they fully prepay the necessary fees and costs.

It is **FURTHER ORDERED** that Plaintiffs are **DENIED** leave to proceed *in forma pauperis* on appeal. *See* 28 U.S.C. § 1915(a)(3), (g).

**IT IS SO ORDERED.**

Dated: August 12, 2024                                    s/Brandy R. McMillion
                                                                  Hon. Brandy R. McMillion
                                                                  United States District Judge